**FILED & ENTERED**

**JUL 13 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch       DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-10960-WJ |
| JARED HUNTER SCARTH, | CHAPTER 13 |
| Debtor. | Adv. Case No. 6:23-ap-01033-WJ |
| JARED HUNTER SCARTH, | **ORDER TO SHOW CAUSE REGARDING WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED** |
| Plaintiff, | |
| v. | |
| TODD TUROCI, CHRISTOPHER J. TUROCI, WESTERN STAR FINANCIAL, INC., PROMINENCE CAPITAL PARTNERS, LLC, | Status Conference:<br>Date:  July 13, 2023<br>Time:  10:30 a.m.<br>Place:  United States Bankruptcy Court<br>          Courtroom 304<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |
| Defendants. | |

On July 13, 2023 at 10:30 a.m., the Court held the initial status conference in this adversary proceeding. Neither the plaintiff nor counsel for the plaintiff appeared.

Accordingly, the Court hereby ORDERS, ADJUDGES and DECREES:

1. Pursuant to Local Bankruptcy Rule 7016-1(g), the Court hereby issues this order to show cause ("OSC") regarding why this adversary proceeding should not be dismissed without prejudice due to the failure of the plaintiff to prosecute the matter.

2. The hearing regarding the OSC shall be held on August 24, 2023 at 1:30 p.m.

3. The continued status conference shall be held on August 24, 2023 at 1:30 p.m.

4. Counsel for the plaintiff and the plaintiff are ordered to appear on August 24, 2023 at 1:30 p.m. Failure to appear will result in the Court dismissing the action.

5. If the plaintiff opposes dismissal of the action, the plaintiff must file written opposition to the OSC no later than August 10, 2023. Failure to timely oppose will result in the Court dismissing the action.

IT IS SO ORDERED.

###

Date: July 13, 2023

_____
Wayne Johnson
United States Bankruptcy Judge