**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>   Debtor. | Case No: 6:23-bk-10960-WJ<br><br>Chapter 13<br><br>Adv No: 6:23-ap-01033-WJ |
| JARED HUNTER SCARTH,<br><br>   Plaintiff,<br><br>v.<br><br>TODD TUROCI, CHRISTOPHER J. TUROCI, WESTERN STAR FINANCIAL, INC. PROMINENCE CAPITAL PARTNERS, LLC.<br><br>   Defendants. | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED**<br><br>**Hearing:**<br>Date:  August 24, 2023<br>Time: 1:30 p.m.<br>Courtroom: 304 |

For the reasons stated herein, Plaintiff respectfully requests that the Court remand this matter back to the Riverside Superior Court and dismiss this adversary proceeding.

## POINTS & AUTHORITIES

On April 6, 2023, Defendants initiated this adversary proceeding by filing a notice of removal of the State Court action. Less than 3 weeks later, the attorney who filed the notice of removal substituted out of the case. Then, one month later, the underlying Chapter 13 case was dismissed. As the underlying Chapter 13 case has been dismissed, there is no question that this

1

adversary proceeding must also be dismissed. The only question is what effect should that dismissal have?

An action which has been removed to bankruptcy court may be remanded on "any equitable ground." 28 U.S.C. §1452(b). This is an "unusually broad grant of authority [that] subsumes and reaches beyond all of the reasons for remand under non-bankruptcy removal statutes." McCarthy v. Prince (In re McCarthy), 230 B.R. 414, 417 (9th Cir. BAP 1999). "Because the 'any equitable ground' standard is not statutorily defined, case law has imported factors governing discretionary abstention to assist with the remand decision." Federal Home Loan Bank of Chicago v. Banc of America Securities LLC, 448 B.R. 517, 525 (C.D. Cal. 2011). Courts have considered the following factors in assessing whether remand is warranted:

(1) the effect or lack thereof on the efficient administration of the estate if the Court recommends [remand] or abstention;

(2) extent to which state law issues predominate over bankruptcy issues;

(3) difficult or unsettled nature of applicable law;

(4) presence of related proceeding commenced in state court or other nonbankruptcy proceeding;

(5) jurisdictional basis, if any, other than § 1334;

(6) degree of relatedness or remoteness of proceeding to main bankruptcy case;

(7) the substance rather than the form of an asserted core proceeding;

(8) the feasibility of severing state law claims from core bankruptcy matters to allow judgments to be entered in state court with enforcement left to the bankruptcy court;

(9) the burden on the bankruptcy court's docket;

(10) the likelihood that the commencement of the proceeding in bankruptcy court involves forum shopping by one of the parties;

(11) the existence of a right to a jury trial;

(12) the presence in the proceeding of nondebtor parties;

(13) comity; and

(14) the possibility of prejudice to other parties in the action.

Id. See also Evans v. Tippie (In re C & M Russell, LLC), No. 2:11-bk-53845-RK, at *5 (Bankr. C.D. Cal. Jan. 31, 2017).

Here, these factors weigh in favor of remand.

**Factor #1 – Efficient Administration of the Estate**

As the underlying bankruptcy case has been dismissed, there is no estate to be administered.

**Factor #2 – State Law Issues vs. Bankruptcy Issues**

The causes of action which have been brought into this action arise under state law and are "non-core", and therefore only fall within the bankruptcy court's "related to" jurisdiction. The bankruptcy case which those causes of action related to has been dismissed.

**Factor #6 – Relatedness to the Main Bankruptcy Case**

Here, the main bankruptcy case has been dismissed. Although Debtor has refiled his case which is currently pending in this court, it is not related to this adversary proceeding. Debtor intends to litigate these issues raised in their State Court complaint in the State Court. Although Debtor intends to file an adversary proceeding in the new Chapter 13 case, he will only be doing so after the State Court litigation has concluded.

In Plaintiff's pending Chapter 13 case, he will be filing a Motion for Relief From Stay to pursue this action in the non-bankruptcy forum. Based on the Court's availability, that matter will be set for hearing on September 20 at 2:30 p.m.

**Factor #10 – Forum Shopping**

Although we may never know exactly why this somewhat bizarre case was filed, it appears that the Defendants presumed that the bankruptcy court would be a more friendly forum.

**Factor #11 – Jury Trial**

By removing this case to the bankruptcy court, Defendants unilaterally robbed Plaintiff of his demand for a jury trial.

Consistent with the court's broad grant of authority, the Court has the discretion to remand *sua sponte*. In re Bisno, 433 B.R. 753, 755 (B.A.P. 9th Cir. 2010) ("The court further holds that it has the power to remand the state court case *sua sponte* and that such remand is appropriate in this case").

## CONCLUSION

For the reasons stated herein, Plaintiff respectfully requests that the Court remand this matter back to the Riverside Superior Court and dismiss this adversary proceeding. If the Court finds that remanding *sua sponte* is not appropriate, it is respectfully requested that this matter be vacated or continued to allow Plaintiff to file a motion for remand.

Date: August 10, 2023

BENJAMIN HESTON,
Attorney for Plaintiff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100
Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/10/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
Bradley A Patterson    bapatterson@lgilaw.com
Todd L Turoci    mail@theturocifirm.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) 8/10/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/10/2023 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**