**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
3845 Tenth Street
Riverside, CA 92501
Telephone: 888-332-8362
Facsimile: 866-762-0618
Email: mail@theturocifirm.com

Attorney for Defendants Todd Turoci and
Western Star Financial, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH<br><br>Debtor. | Case No. 6:23-bk-10960-WJ<br><br>Chapter 13<br><br>Adv. No. 6:23-ap-01033-WJ |
| JARED H. SCARTH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TODD L. TUROCI, CHRISTOPHER J. TUROCI, WESTERN STAR FINANCIAL, INC., PROMINENCE CAPITAL PARTNERS, LLC, and DOES 1-100, INCLUSIVE,<br><br>　　　　　Defendants. | **RESPONSE TO REPLY TO ORDER TO SHOW CAUSE REGARDING WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED**<br><br>**Hearing:**<br>Date:　　　August 24, 2023<br>Time:　　　1:30 p.m.<br>Courtroom:　304 |

Defendants Todd Turoci and Western Star Financial, Inc. (the "Defendants"), hereby file this Response to Plaintiff's Reply to the Order to Show Cause Why the Adversary Proceeding Should Not be Dismissed.

1

Defendants respectfully request that the Court dismiss this Adversary Case because the Plaintiff has failed to prosecute the case and, apparently, does not wish to prosecute it any further in bankruptcy court. Additionally, continuing this adversary is arguably redundant in that there are claims pending in the current chapter 13 bankruptcy case, case no. 6:23-bk-12742, an objection to which would necessarily address many of the same issues raised by this adversary. There is a level of redundancy in the Adversary Case because the issues could and should be resolved through a claim objection motion. Defendants therefore request dismissal as opposed to remand.

Should the Adversary Case not be dismissed, the Defendants oppose Plaintiff's request for remand to state court. There is a pending chapter 13 case before this Court, case no. 6:23-bk-12742, filed on June 23, 2023. The underlying issues described in the Notice to Federal Court of Removal of Civil Action From State Court Pursuant to 28 U.S.C. § 1452, filed on April 6, 2023 [Docket # 1] still remain. Specifically, Plaintiff borrowed sums currently due and owing to Prominence Capital Partners, LLC ("PCP") and Western Star Financial, Inc. ("WSF") pursuant to promissory notes and deeds of trust duly recorded against the real property located at 31222 Mangrove Avenue, Temecula, CA 92592 ("Property"). The action concerns the validity, priority, and extent of liens on the Property, as well as allowance of claims against the estate and since Plaintiff has stated an intention to seek to invalidate Defendant PCP's and WSF's lien rights as part of his chapter 13 plan, this bankruptcy court is the appropriate court to hear the action as it directly impacts the liabilities of the bankruptcy estate.

Therefore, Defendants support dismissal and in the alternative oppose Plaintiff's request to remand the action back to state court.

Respectfully submitted,

Dated:  August __, 2023

THE TUROCI FIRM

Todd Turoci, Attorney for Defendants
Todd Turoci and Western Star Financial, Inc.

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE TO REPLY RE ORDER TO SHOW CAUSE WHY THE ADVERSARY CASE SHOULD NOT BE DISMISSED** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___8/17/23___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**    notice-efile@rodan13.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Bradley A Patterson**    bapatterson@lgilaw.com
- **Todd L Turoci**    mail@theturocifirm.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _8/17/23_ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Wayne Johnson
United States Bankruptcy Court
3420 Twelfth St., Ste. 384 / Crtrm 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/17/23 | Dana Cormey | Dana Cx |
|---|---|---|
| Date | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.