Bradley A. Patterson, Esq.  (Cal. State Bar No. 155482)
E-Mail:  bapatterson@lgilaw.com
LGI LLP
LAWYERS GROUP INTERNATIONAL
1 PARK PLZ STE 600
IRVINE CA  92614-5987
Telephone:  +1.949.253.0500

Attorneys for Defendants Christopher J. Turoci
and Prominence Capital Partners, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>　　　　Debtor.<br>_____<br><br>JARED H. SCARTH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TODD L. TUROCI;<br>CHRISTOPHER J. TUROCI;<br>WESTERN STAR FINANCIAL, INC.;<br>PROMINENCE CAPITAL PARTNERS, LLC;<br>and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br>_____ | Case No. 6:23-bk-10960-WJ<br><br>Chapter 13<br><br>Adv. No. 6:23-ap-01033-WJ<br><br>**RESPONSE TO ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED**<br><br><u>Hearing</u>:<br><br>Date: August 24, 2023<br>Time: 1:30 p.m.<br>Courtroom: 304 |

　　　Defendants Christopher J. Turoci and Prominence Capital Partners, LLC ("Defendants") respond to the Court's order to show cause why this adversary action should not be dismissed [Doc 14].  Defendants contend that, for the reasons set forth below, this adversary action should be dismissed.

1    Debtor and Plaintiff Jared H. Scarth ("Scarth") filed this action in the Riverside County

2   Superior Court on or about March 9, 2023.  Very shortly thereafter, Scarth then filed a petition

3   under Chapter 13 in this Court as case number 6:23-bk-10960-WJ.  That Superior Court action

4   was removed to this Court by Defendants.

5    The Court dismissed Scarth's Chapter 13 case number 10960 for Scarth's failure to

6   comply with certain Court imposed deadlines.

7    Scarth then refiled a petition under Chapter 13 in this Court as case number 6:23-bk-

8   12742-WJ, which is currently pending.

9    Defendants have not been served with process in this adversary action and Scarth has

10  taken no steps of any kind to prosecute this action.

11   This adversary action should be dismissed and not remanded back to the Superior Court

12  on the following grounds:  1) Scarth has failed to prosecute this action; 2) The claims overlap

13  issues that will likely, and should, be raised by way of a claim objection motion in the pending

14  Chapter 13 case as set forth in the response of Defendants Todd Turoci and Western Star

15  Financial, Inc. [Doc 16]; 3) The claims in this action predate an earlier Chapter 7 discharge

16  entered in favor Scarth on July 30, 2018 in case number 6:18-bk-13248-WJ and have thus either

17  been waived or belong to the Trustee in that case, not to Scarth; and 4) The claims asserted are

18  long barred by the applicable statutes of limitation.

19   This adversary action concerns two loans made to Scarth secured by residential real

20  property.  Those loans were made on or about August 30, 2017 (Complaint, p. 3, ¶ 11) and

21  October 2, 2017 (Complaint, p. 4, ¶ 13).  Scarth has made no payments on either of those loans.

22  There are no allegations in the complaint of any actions by any defendants after entry into the

23  loans other than the recordation of a notice of default by Defendant Prominence Capital Partners,

24  LLC.

25   Those loans predate the July 30, 2018 discharge in the Chapter 7 case 6:18-bk-13248-WJ.

26  As such, any claims related to those loans belong to the Trustee and not to Scarth.  To the extent

27  Scarth had any claims related to those loans, by failing to raise them in the Chapter 7 case, Scarth

28  waived the claims.

1       Furthermore, the loans and actions complained of occurred over five-years prior to the
2  filing of this action.  There are no allegations of delayed discovery.  The applicable statutes of
3  limitation, the longest one of which would be four-years on the breach of written contract claim,
4  have long run.
5       This adversary action should not be remanded to the Superior Court and should be
6  dismissed.

8  DATED:  August 21, 2023              LGI LLP
                                        LAWYERS GROUP INTERNATIONAL

10                                      By_____
11                                         Bradley A. Patterson
                                        Attorneys for Defendants Christopher J.
12                                      Turoci and Prominence Capital Partners,
                                        LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
LGI LLP; 1 PARK PLZ STE 600; IRVINE, CALIFORNIA  92614

A true and correct copy of the foregoing document entitled (*specify*): _____
RESPONSE TO ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/21/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  • Rod Danielson (TR) notice-efile@rodan13.com
  • Benjamin Heston bhestonecf@gmail.com
  • Bradley A Patterson bapatterson@lgilaw.com
  • Todd L Turoci mail@theturocifirm.com; • United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/21/2023 | Bradley A. Patterson | *(signed)* B.A. Patterson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*          **F 9013-3.1.PROOF.SERVICE**