# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, August 24, 2023**                          **Hearing Room**   **304**

<u>1:30 PM</u>
**6:23-10960    Jared Hunter Scarth**                     **Chapter 13**
Adv#: 6:23-01033    Scarth v. Turoci et al

 **#10.00**  Hrg re order to show cause regarding why this adversary proceeding should not be dismissed

            Docket   0

**Matter Notes:**

 PRESENT:

 Counsel for the Debtor(s):

 _____

 _____


 ( ) Vacated.  Matter is moot due to dismissal of case.

 (✗) Continued to  _9/21/23 AT 1:30 pm_  .

 ( ) Prevailing party shall prepare an order.

 ( ) Chambers shall prepare an order.

**Tentative Ruling:**

 - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

 Jared Hunter Scarth             Represented By
                               Benjamin Heston

**Defendant(s):**

 Todd Turoci                 Represented By
                               Bradley A Patterson

# United States Bankruptcy Court
# Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, August 24, 2023**         **Hearing Room**    **304**

<u>1:30 PM</u>
**CONT...    Jared Hunter Scarth**        **Chapter 13**

| | |
|---|---|
| Christopher J Turoci | Represented By<br>Bradley A Patterson |
| Western Star Financial, Inc. | Pro Se |
| Prominence Capital Partners, LLC | Represented By<br>Bradley A Patterson |

**<u>Plaintiff(s):</u>**

| | |
|---|---|
| Jared Hunter Scarth | Pro Se |

**<u>Trustee(s):</u>**

| | |
|---|---|
| Rod Danielson (TR) | Pro Se |