# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, August 24, 2023**                                                    Hearing Room    304

<u>1:30 PM</u>
**6:23-10960    Jared Hunter Scarth**                                            Chapter 13
Adv#: 6:23-01033        Scarth v. Turoci et al

#10.00    Hrg re order to show cause regarding why this adversary proceeding should not be dismissed

                              Docket    0

**Matter Notes:**

  PRESENT:

  Counsel for the Debtor(s):

  _____

  _____


  (  )   Vacated.  Matter is moot due to dismissal of case.

  (✗)   Continued to   9/21/23 AT 1:30 pm   .

  (  )   Prevailing party shall prepare an order.

  (  )   Chambers shall prepare an order.

**Tentative Ruling:**
  - NONE LISTED -

| Party Information |
|---|

**<u>Debtor(s):</u>**

  Jared Hunter Scarth                         Represented By
                                                Benjamin Heston

**<u>Defendant(s):</u>**

  Todd Turoci                                 Represented By
                                                Bradley A Patterson

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, August 24, 2023**            **Hearing Room**    **304**

**1:30 PM**
**CONT...**     **Jared Hunter Scarth**                                                 **Chapter 13**

     Christopher J Turoci                         Represented By
                                                        Bradley A Patterson

     Western Star Financial, Inc.               Pro Se

     Prominence Capital Partners, LLC     Represented By
                                                        Bradley A Patterson

**Plaintiff(s):**

     Jared Hunter Scarth                      Pro Se

**Trustee(s):**

     Rod Danielson (TR)                       Pro Se