United States Bankruptcy Court

Central District of California

Scarth,

    Plaintiff

Turoci,

    Defendant

Adv. Proc. No. 23-01033-WJ

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Sep 22, 2023      Form ID: pdf031      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Brandon Iskander, Goe Forsythe & Hodges LLP, 17701 Cowan, Bldg D, Suite 210, Irvine, CA 92614-6840 |
| pla | + | Jared Hunter Scarth, 31222 Mangrove Dr, Riverside, CA 92592-4176 |
| dft | + | Prominence Capital Partners, LLC, c/o Brandon J. Iskander, Goe Forsythe & Hodges LLP, 17701 Cowan, Ste 210, Bldg D, Irvine, CA 92614-6840 |
| intp | + | Robert P Goe, Goe Forsythe & Hodges LLP, 17701 Cowan Street, Suite 210, Irvine, CA 92614-6840 |
| dft | + | Todd Turoci, The Turoci Firm, 3845 10th Street, Riverside, CA 92501-3519 |
| dft | + | Western Star Financial, Inc., c/o Todd Turoci, Agt for Svc of Process, 3845 10th Street, Riverside, CA 92501-3519 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: Chris@pro-capllc.com | Sep 22 2023 23:58:00 | Christopher J Turoci, 974 Sandstone Drive, Glendora, CA 91740-5392 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Sep 22, 2023 | Form ID: pdf031 | Total Noticed: 7

| | |
|---|---|
| | on behalf of Plaintiff Jared Hunter Scarth bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bradley A Patterson | |
| | on behalf of Defendant Todd Turoci bapatterson@lgilaw.com |
| Bradley A Patterson | |
| | on behalf of Defendant Christopher J Turoci bapatterson@lgilaw.com |
| Bradley A Patterson | |
| | on behalf of Defendant Prominence Capital Partners LLC bapatterson@lgilaw.com |
| Brandon J Iskander | |
| | on behalf of Interested Party Brandon Iskander biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Robert P Goe | |
| | on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Rod Danielson (TR) | |
| | notice-efile@rodan13.com |
| Todd L Turoci | |
| | on behalf of Defendant Todd Turoci mail@theturocifirm.com |
| Todd L Turoci | |
| | on behalf of Defendant Western Star Financial Inc. mail@theturocifirm.com |
| United States Trustee (RS) | |
| | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 10

**FILED & ENTERED**

**SEP 22 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-10960-WJ |
| JARED HUNTER SCARTH, | CHAPTER 13 |
| Debtor. | Adv. Proc. No. 6:23-ap-01033-WJ |
| JARED HUNTER SCARTH,<br><br>Plaintiff.<br><br>v.<br><br>TODD TUROCI,<br>CHRISTOPHER J. TUROCI,<br>WESTERN STAR FINANCIAL, INC.,<br>PROMINENCE CAPITAL PARTNERS, LLC,<br><br>Defendants. | **ORDER TO SHOW CAUSE REGARDING WHY THE ANSWERS OF THE DEFENDANTS SHOULD NOT BE STRICKEN AND JUDGMENT ENTERED IN FAVOR OF THE PLAINTIFF**<br><br>Status Conference:<br>Date:   October 5, 2023<br>Time:   2:00 p.m.<br>Place:  United States Bankruptcy Court<br>            Courtroom 304<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |

On September 21, 2023 at 1:30 p.m., the Court held a status conference in this adversary proceeding. All appearances were noted on the record.

For the reasons stated on the record, the Court hereby ORDERS, ADJUDGES and DECREES:

1. Pursuant to Local Bankruptcy Rule 7016-1(g), the Court hereby issues this order to show cause ("OSC") regarding why the answers of Christopher Turoci and Prominence Capital Partners, LLC should not be stricken and judgment by default entered in favor of the plaintiff with respect to all causes of action due to the failure of the defendants to defend the matter and/or (b) monetary sanctions should not be entered against the defendants for failing to appear. The defendants failed to appear for two status conferences on July 13, 2023 and August 24, 2023.

2. The hearing regarding the OSC shall be held on October 5, 2023 at 2:00 p.m.

3. The continued status conference shall be held on October 5, 2023 at 2:00 p.m.

4. Counsel for the defendants and the defendants are ordered to appear on October 5, 2023 at 2:00 p.m. Failure to appear will result in the Court striking the answers of the defendants and entering judgment by default against the defendants.

5. If the defendants oppose the striking of their answers, the defendants must file written opposition to the OSC no later than September 28, 2023. Failure to timely oppose will result in the Court striking the answers of the defendants and entering judgment by default against the defendants.

IT IS SO ORDERED.

###

Date: September 22, 2023

_____
Wayne Johnson
United States Bankruptcy Judge