# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, September 21, 2023**                          **Hearing Room**    **304**

**1:30 PM**
**6:23-10960    Jared Hunter Scarth**                         **Chapter 13**
Adv#: 6:23-01033    Scarth v. Turoci et al

    **#10.00**    Hrg re order to show cause regarding why this adversary proceeding should not be dismissed

           FROM: 8-24-23

                              Docket    0

**Matter Notes:**

    PRESENT:

    Counsel for the Debtor(s): TODD TUROCI / B. HESTON / D. TUROCI
    B. PATTERSON / J. SCARTH

    ( )    Vacated. Matter is moot due to dismissal of case.

    (X)    Continued to   10/5/23 AT 2:00 p.m.

    ( )    Prevailing party shall prepare an order.

    ( )    Chambers shall prepare an order.

**Tentative Ruling:**

    - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

    Jared Hunter Scarth                        Represented By
                                                                      Benjamin Heston

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, September 21, 2023**                                                                 Hearing Room  304

---

1:30 PM
**CONT...    Jared Hunter Scarth**                                                                             Chapter 13

   **Defendant(s):**

     Todd Turoci                                    Represented By
                                                                                     Bradley A Patterson

     Christopher J Turoci                        Represented By
                                                                                     Bradley A Patterson

     Western Star Financial, Inc.              Pro Se

     Prominence Capital Partners, LLC     Represented By
                                                                                     Bradley A Patterson

   **Plaintiff(s):**

     Jared Hunter Scarth                          Pro Se

   **Trustee(s):**

     Rod Danielson (TR)                          Pro Se