# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, September 21, 2023**                                                                 **Hearing Room    304**

1:30 PM
**6:23-10960    Jared Hunter Scarth**                                                                              **Chapter 13**
Adv#: 6:23-01033        Scarth v. Turoci et al

   #9.00    Status conference re: Complaint notice of removal of civil action from state court

            FROM: S/C 7-13-23, 8-24-23

                                            Docket    1

**Matter Notes:**

PRESENT: Todd Turoci        / J. Scarth
         B. Pattersin       / D. Turoci
         B. Heston

( X ) Status conference continued to  10/5/23 AT 2:00 pm

(  ) Pre-Trial conference set for _____. The parties shall timely collaborate and prepare a joint pre-trial stipulation in compliance with the local rules. The parties shall comply with all local rules governing the preparation and timing of the pre-trial stipulation.

(  ) Trial set for _____.

(  ) Parties shall conduct the early meeting of counsel and exchange all initial disclosures (including, but not limited to, the written disclosures required by F.R.B.P. Rule 7026(a)) no later than _____.

(  ) Any motions to resolve issues related to the pleadings shall be filed, served and set for a hearing in such a manner that the matter is heard on regular notice no later than _____.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, September 21, 2023**　　　　　　　　　　　　　　　　　　　**Hearing Room** 　304

---

<u>1:30 PM</u>
**CONT...**　　**Jared Hunter Scarth**　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

　( )　The deadline to complete all discovery is _____ .

　( )　The plaintiff shall prepare the scheduling order.

　( )　Chambers shall prepare the scheduling order.

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

　Jared Hunter Scarth　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Defendant(s):**

　Todd Turoci　　　　　　　　　　　　　　Pro Se

　Christopher J Turoci　　　　　　　　　　Pro Se

　Western Star Financial, Inc.　　　　　　　Pro Se

　Prominence Capital Partners, LLC　　　　Pro Se

**Plaintiff(s):**

　Jared Hunter Scarth　　　　　　　　　　Pro Se

**Trustee(s):**

　Rod Danielson (TR)　　　　　　　　　　Pro Se