1  Bradley A. Patterson, Esq.  (Cal. State Bar No. 155482)
   E-Mail:  bapatterson@lgilaw.com
2  LGI LLP
   LAWYERS GROUP INTERNATIONAL
3  1 PARK PLZ STE 600
   IRVINE CA  92614-5987
4    Telephone:  +1.949.253.0500

5  Attorneys for Defendants Christopher J. Turoci
   and Prominence Capital Partners, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>　　　　　Debtor.<br>_____<br><br>JARED H. SCARTH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TODD L. TUROCI;<br>CHRISTOPHER J. TUROCI;<br>WESTERN STAR FINANCIAL, INC.;<br>PROMINENCE CAPITAL PARTNERS, LLC;<br>and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br>_____ | Case No. 6:23-bk-10960-WJ<br><br>Chapter 13<br><br>Adv. No. 6:23-ap-01033-WJ<br><br>**DECLARATION OF BRADLEY A. PATTERSON IN RESPONSE TO THE COURT'S SEPTEMBER 22, 2023 ORDERS TO SHOW CAUSE REGARDING WHY THE ANSWERS OF THE DEFENDANTS SHOULD NOT BE STRICKEN AND JUDGMENT ENTERED IN FAVOR OF THE PLAINTIFF**<br><br>Hearing:<br><br>Date: October 5, 2023<br>Time: 2:00 p.m.<br>Place:  United States Bankruptcy Court<br>　　　　Courtroom 304<br>　　　　3420 Twelfth Street<br>　　　　Riverside, CA  92501 |

　　　　I, Bradley A. Patterson, hereby state and declare the following facts are personally known to me.  If called upon, I could and would competently testify to these facts.

　　　　1.　　　I am an attorney at law first admitted to practice in 1991.

/ / /

2. I am licensed to practice before all the state courts of the State of California; all four United States District Courts in the State of California; the United States Tax Court; the United States Court of Federal Claims; the United States Court of Appeals for the Ninth Circuit; and the United States Supreme Court.

3. I am a partner of the law firm LGI LLP, counsel of record herein for Defendants Christopher J. Turoci and and Prominence Capital Partners, LLC ("Defendants").

4. On September 22, 2023, the Court issued the instant Orders to Show Cause [Docs 20 and 22]. This Declaration is submitted in response to those Orders.

5. The Orders to Show Cause are based on the failure of Defendants or their counsel to appear at status conferences set on on July 13, 2023 and August 24, 2023.

6. My understanding is that on March 13, 2023, this civil action was initiated by Plaintiff through his counsel at the time, Saunders & Associates, APC, in the Riverside County Superior Court.

7. On March 14, 2024, Plaintiff filed a Chapter 13 petition in this Court, case number 6:23-bk-10960-WJ.

8. Defendants were originally represented by Goe Forsythe & Hodges LLP in both the civil action and in case 10960.

9. Goe Forsythe & Hodges removed this civil action to this Court on behalf of Defendants.

10. I was substituted in as counsel of record for Defendants in this civil action and in case 10960 in place of Goe Forsythe & Hodges on April 25 and 26, 2023 [Docs 7 and 8].

11. I requested the case files from Goe Forsythe & Hodges at the time of substitution in a written communication. They ignored that request and I never received the case file from them.

12. On May 2, 2023, I filed a Request for Notice in this action [Doc 9].

13. The Court dismissed case 10960 on May 25, 2023 on procedural grounds [Doc 65].

/ / /

14. Plaintiff refiled his Chapter 13 petition in this Court, which was assigned case 6:23-bk-12742-WJ. That action remains pending.

15. The July 13, 2023 status conference was set and counsel were notified on April 10, 2023 [Doc 4], before I substituted into this action. Not having received the case file, I was not aware of that status conference and certainly would have appeared had I known of the conference. In hindsight, I should have checked the docket on-line.

16. On July 13, 2023, the Court issued an "Order to Show Cause Regarding Why this Adversary Proceeding Should Not Be Dismissed" [Docs 10 and 14].

17. In Doc 11, also on July 13, 2023, the entirety of the text of the Order was, "Hearing Set Show Cause regarding why adversary proceeding should not be dismissed. Hearing to be held on 8/24/2023 at 01:30 PM at Crtrm 304, 3420 Twelfth St., Riverside, CA 92501. The case judge is Wayne E. Johnson (YG)."

18. Reviewing the entire file now, I see the continued status conference on August 24, 2023, was also set by the Court in Doc 13.

19. Based on the title of the Order in Docs 10 and 14, and the text of Doc 11, and believing at the time it only compelled Plaintiff to show cause, I failed to note that the text of Docs 10, 13 and 14 also rescheduled the status conference.

20. On August 21, 2023, I filed Defendants' response to the Order to Show Cause why this action should be dismissed [Doc 17].

21. I didn't believe my appearance was necessary on August 24, 2023, at what I believed was only a hearing for Plaintiff to show cause. Had I realized there was also a continued status conference that day, as I should have, I would have appeared.

22. On August 25, 2023, the Court continued the hearing on the Order to Show Cause to September 21, 2023 [Docs 18 and 19].

23. I personally appeared at the hearing on September 21, 2023, along with my clients.

24. The Court continued the hearing on the Order to Show Cause and the status conference to October 5, 2023 [Docs 24 and 25]. I will be present personally at those hearings.

25. The failure to appear at the status conferences is not attributable to Defendants but to my inadvertence and mistake. I apologize to the Court and represent that it will not happen again.

26. The Court should therefore not impose terminating sanctions on Defendants when the fault is mine alone.

Executed on September 28, 2023, in Las Vegas, Nevada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Bradley A. Patterson*

Bradley A. Patterson
Attorney for Defendants Christopher J. Turoci and
Prominence Capital Partners, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

LGI LLP; 1 PARK PLZ STE 600; IRVINE, CALIFORNIA  92614

A true and correct copy of the foregoing document entitled (*specify*): _____
DECLARATION OF BRADLEY A. PATTERSON IN RESPONSE TO THE COURT'S SEPTEMBER 22, 2023 ORDERS
TO SHOW CAUSE REGARDING WHY THE ANSWERS OF THE DEFENDANTS SHOULD NOT BE STRICKEN AND
JUDGMENT ENTERED IN FAVOR OF THE PLAINTIFF
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/28/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Rod Danielson (TR) notice-efile@rodan13.com
- Benjamin Heston bhestonecf@gmail.com
- Bradley A Patterson bapatterson@lgilaw.com
- Todd L Turoci mail@theturocifirm.com; • United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/28/2023 | Bradley A. Patterson | /s/ Bradley A. Patterson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  F 9013-3.1.PROOF.SERVICE