1  Bradley A. Patterson, Esq.  (Cal. State Bar No. 155482)
     E-Mail:  bapatterson@lgilaw.com
2  LGI LLP
   LAWYERS GROUP INTERNATIONAL
3  1 PARK PLZ STE 600
   IRVINE CA  92614-5987
4    Telephone:  +1.949.253.0500

5  Attorneys for Defendants Christopher J. Turoci
   and Prominence Capital Partners, LLC
6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        RIVERSIDE DIVISION

11

| | |
|---|---|
| 12  In re: | ) | Case No. 6:23-bk-12742-WJ |

12  In re:                                )   Case No. 6:23-bk-12742-WJ
                                          )
13  JARED HUNTER SCARTH,                  )   Chapter 13
                                          )
14              Debtor.                    )   Adv. No. 6:23-ap-01033-WJ
                                          )
15  _____        )   **SUPPLEMENTAL DECLARATION OF**
                                          )   **BRADLEY A. PATTERSON IN**
16  JARED H. SCARTH,                      )   **RESPONSE TO THE COURT'S**
                                          )   **SEPTEMBER 22, 2023 ORDERS TO**
17              Plaintiff,                 )   **SHOW CAUSE**
                                          )
18  vs.                                   )   Hearing:
                                          )
19  TODD L. TUROCI;                       )   Date: October 5, 2023
    CHRISTOPHER J. TUROCI;                )   Time: 2:00 p.m.
20  WESTERN STAR FINANCIAL, INC.;         )   Place:  United States Bankruptcy Court
    PROMINENCE CAPITAL PARTNERS, LLC; )           Courtroom 304
21  and DOES 1 through 100, inclusive,    )           3420 Twelfth Street
                                          )           Riverside, CA  92501
22              Defendants.                )
                                          )
23  _____        )

24

25        I, Bradley A. Patterson, hereby state and declare the following facts are personally known

26  to me.  If called upon, I could and would competently testify to these facts.

27        1.      On September 28, 2023, I filed my *Declaration of Bradley A. Patterson in*

28  *Response to the Court's September 22, 2023 Orders to Show Cause Regarding Why the Answers*

1  *of the Defendants Should Not Be Stricken and Judgment Entered in Favor of the Plaintiff* [Doc

2  26].

3        2.      This morning, Brandon J. Iskander of Goe Forsythe & Hodges LLP, former

4  counsel for Defendants, raised certain issues with my Declaration.

5        3.      While Goe Forsythe & Hodges did not produce the entire client file to me when I

6  substituted into this action, Mr. Iskander refreshed my recollection that he had provided certain

7  pleadings to me and a summary of upcoming events.

8        4.      Attached to Mr. Iskander's e-mail was Doc 4, the summons and notice of July 13,

9  2023 status conference in this adversary action.

10        5.      Also attached was Doc 39 in the Chapter 13 case number 10960 setting the status

11  conference in that bankruptcy case also on May 31, 2023.

12        6.      Chapter 13 case 10960 was dismissed on May 25, 2023 [Doc 65], rendering the

13  May 31, 2023 status conference in that case moot.

14        7.      The summary of upcoming dates provided in Mr. Iskander's e-mail was:

15

16  1.      The Meeting of Creditors is tomorrow at 9am. [*Attorney-client strategy*

17  *comment deleted.*]

18  2.      The deadline to respond to Debtor's motion to avoid lien is this

19  Thursday. Debtor is asserting he gets to use the existence of Prominence

20  and Western's liens as reason why he is entitled to avoid a judgment lien. If

21  Prominence wishes to comment or otherwise make a record, that is the

22  deadline to do so.

23  3.      The deadline to file a motion to dismiss (or answer) the removed

24  action is May 10, 2023. As noted in the pending Motion to Dismiss for Bad

25  Faith (Docket No. 13) ("Motion") in the main case, Debtor failed to list any

26  claims against Prominence in the past. There may be estoppel grounds to

27  dismiss the action.

28  / / /

SUPPLEMENTAL RESPONSE
TO ORDER TO SHOW CAUSE

4.    The deadline to oppose confirmation of the Chapter 13 plan is May 17, 2023 as well as to file any further briefing on Prominence's pending Motion to Dismiss for Bad Faith (Docket No. 13). Unless the Motion is withdrawn, your appearance will be required at the May 31st hearing in Riverside at 3:30pm.

8.    It should be noted that I was not expressly advised of the July 13, 2023 status conference in the adversary action.  That said, as stated in my original declaration, "I should have checked the docket on-line" and I should have reviewed the pleadings I did have more carefully. The failure to appear remains my own unintentional error.

Executed on September 29, 2023, in Las Vegas, Nevada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Bradley A. Patterson
Attorney for Defendants Christopher J. Turoci and
Prominence Capital Partners, LLC

SUPPLEMENTAL RESPONSE
TO ORDER TO SHOW CAUSE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

LGI LLP; 1 PARK PLZ STE 600; IRVINE, CALIFORNIA  92614

A true and correct copy of the foregoing document entitled (*specify*): _____
SUPPLEMENTAL DECLARATION OF BRADLEY A. PATTERSON IN RESPONSE TO THE COURT'S
SEPTEMBER 22, 2023 ORDERS TO SHOW CAUSE _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/29/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   • Rod Danielson (TR) notice-efile@rodan13.com
   • Benjamin Heston bhestonecf@gmail.com
   • Bradley A Patterson bapatterson@lgilaw.com
   • Todd L Turoci mail@theturocifirm.com; • United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/29/2023 | Bradley A. Patterson | *(signature)* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.