| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  RIVERSIDE DIVISION**

| In re:<br><br>JARED HUNTER SCARTH,<br><br>Debtor(s). | CASE NO.:    6:23-bk-10960-WJ<br><br>ADVERSARY NO.:  6:23-ap--01033-WJ<br><br>CHAPTER:    13 |
|---|---|
| JARED HUNTER SCARTH,<br><br>Plaintiff(s).<br>vs.<br><br>TODD TUROCI, CHRISTOPHER J. TUROCI, WESTERN STAR FINANCIAL, INC., PROMINENCE CAPITAL PARTNERS, LLC,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:    10/05/2023<br>TIME:    2:00 pm<br>COURTROOM:  304<br>ADDRESS:   3420 Twelfth Street<br>       Riverside, CA 92501 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☐ Yes    ☒ No
2. Have all parties filed and served answers to the Claims Documents?    ☐ Yes    ☒ No
3. Have all motions addressed to the Claims Documents been resolved?    ☐ Yes    ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes    ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* | Page 1 | **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

   Based on the Court's comments at various hearing, there may be an issue with whether Plaintiff has standing and whether Plaintiff's claims are property of a closed bankruptcy case. As such, Plaintiff is holding off on prosecuting his claims at least until the next status conference.

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?

      | Plaintiff | Defendant |
      |---|---|
      | 6 months | 6 - 9 months |

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

      | Plaintiff | Defendant |
      |---|---|
      | In order for Plaintiff to prosecute this action, there are standing issues that need to be resolved. | Procedural impediments to the prosecution of this action exist. Defendants contend the claims belong to the Trustee in the former bankruptcy. |

   3. When do you expect to complete your discovery efforts?

      | Plaintiff | Defendant |
      |---|---|
      | 3 months | 6 months |

   4. What additional discovery do you require to prepare for trial?

      | Plaintiff | Defendant |
      |---|---|
      | Various notices sent by the Defendants to Plaintiff. | Documentation between the parties |

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

      | Plaintiff | Defendant |
      |---|---|
      | 8 hours | 8 hours |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?

      | Plaintiff | Defendant |
      |---|---|
      | 4 to 6 | 4 to 6 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 2      **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 20 to 40 | 20 to 40 |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☒ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 04/01/2024 | (date) 04/01/2024 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Parties have discussed settlement and are in agreement on most of the terms. However, nothing has been set in stone and these discussions are ongoing.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes ☐ No | ☐ Yes ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                Page 3                F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 10/02/2023

NEXUS BANKRUPTCY
Printed name of law firm

/s/Benjamin Heston
Signature

Benjamin Heston
Printed name

Attorney for: Plaintiff, Jared Hunter Scarth

Date: 10/02/2023

LAWYERS GROUP INTERNATIONAL
Printed name of law firm

/s/Bradley Patterson
Signature

Bradley Patterson
Printed name

Attorney for: C. Turoci, Prominence Capital Partners

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Todd Turoci, Western Star Financial

☐ Plaintiff    ☒ Defendant    Other (*specify*):_____

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   6 - 9 months

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   Procedural impediments to the prosecution of this action exist. Defendants contend the claims belong to the Trustee in the former bankruptcy.

3. When do you expect to complete *your* discovery efforts?
   6 months

4. What additional discovery do you require to prepare for trial?
   Documentation between the parties.

**C. TRIAL TIME:**

1. What is your estimate of the time required to present *your side of the case* at trial (*including rebuttal stage if applicable*)?
   8 hours

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   4 to 6

3. How many exhibits do you anticipate using at trial?
   20 to 40

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference    ☒ is    ☐ is not    requested.
Reasons:_____

Pretrial conference should be set *after* (*date*): 4/1/2024

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT.ATTACH**

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   Parties have discussed settlement and are in agreement on most of the terms. However, nothing has been set in stone and these discussions are ongoing.

2. Has this dispute been formally mediated?  ☐ Yes  ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?  ☐ Yes  ☒ No

F. **FINAL JUDGMENT/ORDER:**
Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☒ do  ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

THE TUROCI BANKRUPTCY FIRM
Printed name of law firm

/s/Todd Turoci
Signature

Todd Turoci
Printed name

Attorney for: Pro per, Western Star Financial

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*  Page 2  F 7016-1.STATUS.REPORT.ATTACH

Case 6:23-ap-01033-WJ    Doc 28    Filed 10/02/23    Entered 10/02/23 21:56:47    Desc
Main Document    Page 7 of 7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100
Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/2/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
Brandon J Iskander     biskander@goeforlaw.com, kmurphy@goeforlaw.com
Bradley A Patterson     bapatterson@lgilaw.com
Todd L Turoci     mail@theturocifirm.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/2/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/2/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**