# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, October 5, 2023**　　　　　　　　　　　　　　　　　　　　　　**Hearing Room  304**

2:00 PM
**6:23-10960    Jared Hunter Scarth**　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**
Adv#: 6:23-01033    Scarth v. Turoci et al

#18.00    Hrg re order to show cause regarding why this adversary proceeding should not be dismissed

　　　　　FROM: 8-24-23, 9-21-23

　　　　　　　　　　　　　Docket　　　0

**Matter Notes:**

PRESENT:

Counsel for the Debtor(s):

T. TUROCI　　　|　C. TUROCI　|　J. SCARTH
B. PATTERSON　|　B. HESTON　|

( )　Vacated. Matter is moot due to dismissal of case.

(X)　Continued to  10/23/23 AT 1:00 pm

( )　Prevailing party shall prepare an order.

( )　Chambers shall prepare an order.

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

　　Jared Hunter Scarth　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　Benjamin Heston

# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Thursday, October 5, 2023**                                                         **Hearing Room  304**

2:00 PM
CONT...        Jared Hunter Scarth                                                                                                Chapter 13

**Defendant(s):**

Todd Turoci                            Represented By
                                               Bradley A Patterson

Christopher J Turoci             Represented By
                                               Bradley A Patterson

Western Star Financial, Inc.     Pro Se

Prominence Capital Partners, LLC    Represented By
                                               Bradley A Patterson

**Plaintiff(s):**

Jared Hunter Scarth              Pro Se

**Trustee(s):**

Rod Danielson (TR)              Pro Se