# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, October 5, 2023**                                                                 Hearing Room    **304**

**2:00 PM**
**6:23-10960    Jared Hunter Scarth**                                                         **Chapter 13**
Adv#: 6:23-01033    Scarth v. Turoci et al

**#20.00**    Hrg re order to show cause regarding why the answer of the defendants should not be stricken and judgment entered in favor of the plaintiff

Docket    0

**Matter Notes:**

PRESENT:

Counsel for the Debtor(s):

T. TUROCI  |  C. TUROCI  |  J. SCARTH
B. PATTERSON  |  B. HESTON

( ) Vacated. Matter is moot due to dismissal of case.

(X) Continued to  10/23/23 AT 1:00 pm .

( ) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

**Tentative Ruling:**

- NONE LISTED -

## Party Information

**Debtor(s):**

Jared Hunter Scarth                                Represented By
                                                   Benjamin Heston

**Defendant(s):**

Todd Turoci                                        Represented By
                                                   Bradley A Patterson

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, October 5, 2023**                                                                 **Hearing Room**    **304**

---

**2:00 PM**
**CONT...**    **Jared Hunter Scarth**                                                                          **Chapter 13**
                                                      Todd L Turoci

    Christopher J Turoci                            Represented By
                                                      Bradley A Patterson

    Western Star Financial, Inc.                    Represented By
                                                      Todd L Turoci

    Prominence Capital Partners, LLC                Represented By
                                                      Bradley A Patterson

**Plaintiff(s):**

    Jared Hunter Scarth                             Represented By
                                                      Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)                              Pro Se