# United States Bankruptcy Court
## Central District of California
Riverside
**Wayne Johnson, Presiding**
**Courtroom 304 Calendar**

**Thursday, October 5, 2023**                                                                        Hearing Room   **304**

**2:00 PM**
**6:23-10960    Jared Hunter Scarth**                                                               Chapter 13
Adv#: 6:23-01033        Scarth v. Turoci et al

#20.00    Hrg re order to show cause regarding why the answer of the defendants should not be stricken and judgment entered in favor of the plaintiff

                            Docket    0

**Matter Notes:**

PRESENT:

Counsel for the Debtor(s):

| T. TUROCI | C. TUROCI | J. SCARTH |
| B. PATTERSON | B. HESTON | |

( ) Vacated. Matter is moot due to dismissal of case.

(X) Continued to  10/23/23 AT 1:00 pm .

( ) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Jared Hunter Scarth                                    Represented By
                                                       Benjamin Heston

**Defendant(s):**

Todd Turoci                                            Represented By
                                                       Bradley A Patterson

# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Thursday, October 5, 2023**       **Hearing Room**    **304**

---

<u>2:00 PM</u>
**CONT...**      **Jared Hunter Scarth**          **Chapter 13**

                                                  Todd L Turoci

Christopher J Turoci                     Represented By
                                                   Bradley A Patterson

Western Star Financial, Inc.             Represented By
                                                     Todd L Turoci

Prominence Capital Partners, LLC      Represented By
                                                     Bradley A Patterson

**Plaintiff(s):**

Jared Hunter Scarth                      Represented By
                                                   Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                      Pro Se