Bradley A. Patterson, Esq.  (Cal. State Bar No. 155482)
  E-Mail:  bapatterson@lgilaw.com
LGI LLP
LAWYERS GROUP INTERNATIONAL
1 PARK PLZ STE 600
IRVINE CA  92614-5987
  Telephone:  +1.949.253.0500

Attorneys for Specially Appearing Defendants
Christopher J. Turoci and Prominence Capital Partners, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>    Debtor.<br><br>_____<br><br>JARED H. SCARTH,<br><br>    Plaintiff,<br><br>vs.<br><br>TODD L. TUROCI;<br>CHRISTOPHER J. TUROCI;<br>WESTERN STAR FINANCIAL, INC.;<br>PROMINENCE CAPITAL PARTNERS, LLC;<br>and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____ | Case No. 6:23-bk-12742-WJ<br><br>Chapter 13<br><br>Adv. No. 6:23-ap-01033-WJ<br><br>**AMENDED NOTICE OF MOTION OF SPECIALLY APPEARING DEFENDANTS CHRISTOPHER J. TUROCI AND PROMINENCE CAPITAL PARTNERS, LLC TO DISMISS THE COMPLAINT IN THIS ADVERSARY ACTION FOR FAILURE TO TIMELY EFFECT SERVICE OF PROCESS**<br><br>[Fed. R. Civ. P. 4(m) and 12(b)(5)]<br><br>Hearing:<br><br>Date:  November 9, 2023<br>Time:  1:30 P.M.<br>Place: United States Bankruptcy Court<br>         Courtroom 304<br>         3420 Twelfth Street<br>         Riverside, CA  92501 |

**TO PLAINTIFF JARED H. SCARTH AND TO HIS ATTORNEY OF RECORD HEREIN:**

/ / /

**PLEASE TAKE NOTICE** that on November 9, 2023, at 1:30 p.m., or as soon thereafter as this matter may be heard in Courtroom 304 of the United States Bankruptcy Court, which is located at 3420 Twelfth Street; Riverside, CA 92501, Specially Appearing Defendants Christopher J. Turoci and Prominence Capital Partners, LLC (together, "Defendants") will and hereby do move the Court for an order dismissing the complaint in this adversary action, without prejudice, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 12(b)(5), on the grounds that Plaintiff has failed to timely effect service of process on Defendants.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, any reply memorandum that may be filed, all pleadings and files in this matter, all matters of which the Court may or must take judicial notice, and upon such other and further oral or documentary evidence as may be presented at the hearing on this Motion.

Please note that Local Bankruptcy Rule 9013-1(f) requires a written response to be filed and served at least 14 days before the hearing.

DATED:  October 6, 2023

LGI LLP
LAWYERS GROUP INTERNATIONAL

By_____
    Bradley A. Patterson
Attorney for Specially Appearing Defendants
Christopher J. Turoci and Prominence Capital
Partners, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

LGI LLP; 1 PARK PLZ STE 600; IRVINE, CALIFORNIA  92614

A true and correct copy of the foregoing document entitled (*specify*): AMENDED NOTICE OF MOTION OF SPECIALLY APPEARING DEFENDANTS CHRISTOPHER J. TUROCI AND PROMINENCE CAPITAL PARTNERS, LLC TO DISMISS THE COMPLAINT IN THIS ADVERSARY ACTION FOR FAILURE TO TIMELY EFFECT SERVICE OF PROCESS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/06/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Rod Danielson (TR) notice-efile@rodan13.com
- Benjamin Heston bhestonecf@gmail.com
- Bradley A Patterson bapatterson@lgilaw.com
- Todd L Turoci mail@theturocifirm.com;  • United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/06/2023 | Bradley A. Patterson | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          F 9013-3.1.PROOF.SERVICE