**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
3845 Tenth Street
Riverside, CA 92501
Telephone: 888-332-8362
Facsimile: 866-762-0618
Email: mail@theturocifirm.com

Attorney for Defendants Todd Turoci and
Western Star Financial, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH<br><br>Debtor.<br><br>---<br><br>JARED H. SCARTH,<br><br>Plaintiff,<br><br>v.<br><br>TODD L. TUROCI, CHRISTOPHER J. TUROCI, WESTERN STAR FINANCIAL, INC., PROMINENCE CAPITAL PARTNERS, LLC, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 6:23-bk-12742-WJ<br><br>Chapter 13<br><br>Adv. No. 6:23-ap-01033-WJ<br><br>**JOINDER OF MOTION OF SPECIALLY APPEARING DEFENDANTS CHRISTOPHER J. TUROCI AND PROMINENCE CAPITAL PARTNERS, LLC TO DISMISS THE COMPLAINT IN THE ADVERSARY ACTION FOR FAILURE TO TIMELY EFFECT SERVICE OF PROCESS**<br><br>**Hearing**:<br>Date:    November 9, 2023<br>Time:    1:30 p.m.<br>Courtroom: 304 |

TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE; AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on November 9, 2023 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Wayne Johnson, United States Bankruptcy

1

Judge, in Courtroom 304 of the United States Bankruptcy Court for the Central District of California, located at 3420 Twelfth Street, Riverside, CA 92501, defendants Todd Turoci and Western Star Financial, Inc. (the "Defendants"), hereby join defendants Christopher J. Turoci and Prominence Capital Partners, LLC in the *Motion of Specially Appearing Defendants Christopher J. Turoci and Prominence Capital Partners, LLC to Dismiss the Complaint in the Adversary Action for Failure to Timely Effect Service of Process,* filed on October 5, 2023 [Doc #32] (the "Motion") for those reasons set forth in the Motion.

Respectfully submitted,

Dated: October 11, 2023                             **THE TUROCI FIRM**

_____
Todd Turoci, Attorney for Defendants
Todd Turoci and Western Star Financial, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **JOINDER OF MOTION OF SPECIALLY APPEARING DEFENDANTS CHRISTOPHER J. TUROCI AND PROMINENCE CAPITAL PARTNERS, LLC TO DISMISS THE COMPLAINT IN THE ADVERSARY ACTION FOR FAILURE TO TIMELY EFFECT SERVICE OF PROCESS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/11/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**  notice-efile@rodan13.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Benjamin Heston**  bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Brandon J Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Bradley A Patterson**  bapatterson@lgilaw.com
- **Todd L Turoci**  mail@theturocifirm.com
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/11/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Wayne Johnson
United States Bankruptcy Court
3420 Twelfth St., Ste. 384 / Crtrm 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/11/23 | Dana Cormey | /s/ Dana Cormey |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**