**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
3845 Tenth Street
Riverside, CA 92501
Telephone: 888-332-8362
Facsimile: 866-762-0618
Email: mail@theturocifirm.com

Attorney for Defendants Todd Turoci and
Western Star Financial, Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH<br><br>Debtor. | Case No. 6:23-bk-12742-WJ<br><br>Chapter 13<br><br>Adv. No. 6:23-ap-01033-WJ |
| JARED H. SCARTH,<br><br>Plaintiff,<br><br>v.<br><br>TODD L. TUROCI, CHRISTOPHER J. TUROCI, WESTERN STAR FINANCIAL, INC., PROMINENCE CAPITAL PARTNERS, LLC, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | **NOTICE OF MOTION AND MOTION TO CONTINUE (1) STATUS CONFERENCE AND (2) HEARING ON ORDER TO SHOW CAUSE REGARDING WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED**<br><br>**Current Date**:<br>Date:    October 23, 2023<br>Time:    1:30 p.m.<br>Courtroom: 304<br><br>**Proposed Date**:<br>Date:    November 9, 2023<br>Time:    1:30 p.m.<br>Courtroom: 304 |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE; AND ALL OTHER INTERESTED PARTIES:**

1

Pursuant to Local Bankruptcy Rule 9013-1(m), defendants Todd Turoci and Western Star Financial, Inc (the "Defendants"), herein move this Court for an order moving the continued status conference and hearing on *Order to Show Cause Regarding Why this Adversary Proceeding Should Not Be Dismissed* (the "OSC"), which are currently scheduled on October 23, 2023, at 1:00 p.m., be moved to November 9, 2023 at 1:30 p.m. or a later date as the Court deems appropriate.

A hearing on defendants' *Motion of Specially Appearing Defendants Christopher J. Turoci and Prominence Capital Partners, LLC to Dismiss the Complaint in the Adversary Action for Failure to Timely Effect Service of Process* [Doc #32] (the "Motion to Dismiss"), is currently scheduled for November 9, 2023 at 1:30 p.m. In order to expeditiously resolve the three matters, the status conference, OSC, and Motion to Dismiss, the Defendants are requesting to continue the status conference and hearing on the OSC. Furthermore, if the Motion to Dismiss is granted, the OSC will be moot and a hearing and status conference will be unnecessary.

Therefore, Defendants request that the Court continue the status conference and hearing on the OSC to November 9, 2023 at 1:30 p.m. or a later date as the Court seems appropriate.

Respectfully submitted,

Dated: October 11, 2023

**THE TUROCI FIRM**

Todd Turoci, Attorney for Defendants
Todd Turoci and Western Star Financial, Inc.

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF MOTION AND MOTION TO CONTINUE (1) STATUS CONFERENCE AND (2) HEARING ON ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 10/11/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Rod Danielson (TR)   notice-efile@rodan13.com
- Robert P Goe   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Benjamin Heston   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- Brandon J Iskander   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Bradley A Patterson   bapatterson@lgilaw.com
- Todd L Turoci   mail@theturocifirm.com
- United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 10/11/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Wayne Johnson
United States Bankruptcy Court
3420 Twelfth St., Ste. 384 / Crtrm 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/11/23 | Dana Cormey | /s/ Dana C |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                   F 9013-3.1.PROOF.SERVICE