THE TUROCI FIRM
Todd Turoci (State Bar No. 160059)
3845 Tenth Street
Riverside, CA 92501
Telephone: 888-332-8362
Facsimile: 866-762-0618
Email: mail@theturocifirm.com

Attorney for Defendants Todd Turoci and
Western Star Financial, Inc.

FILED & ENTERED

OCT 13 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH<br><br>           Debtor. | Case No. 6:23-bk-12742-WJ<br><br>CHAPTER 13<br><br>Adv. No. 6:23-ap-01033-WJ |
| JARED H. SCARTH,<br><br>           Plaintiff,<br><br>           v.<br><br>TODD L. TUROCI, CHRISTOPHER J. TUROCI, WESTERN STAR FINANCIAL, INC., PROMINENCE CAPITAL PARTNERS, LLC, and DOES 1-100, INCLUSIVE,<br><br>           Defendants. | **SCHEDULING ORDER** |

A status conference and two related hearings in this adversary proceeding are scheduled for October 23, 2023 at 1:30 p.m.  In addition, several defendants have filed a motion to dismiss the complaint and scheduled the hearing for November 9, 2023 at 1:30 p.m.  These developments prompted several parties to file a motion [docket #36] suggesting that all four matters should occur on the same date and time and the Court concurs.

However, the Court has recently scheduled an all-day trial for November 9th in an entirely unrelated adversary proceeding.

Therefore, good cause appearing, the Court hereby ORDERS as follows:

1. The status conference and two related hearings currently set for October 23, 2023 at 1:30 p.m. are hereby continued to November 16, 2023 at 1:30 p.m.

2. The hearing regarding the pending motion to dismiss [docket #32] is hereby continued from November 9, 2023 at 1:30 p.m. to November 16, 2023 at 1:30 p.m.

IT IS SO ORDERED.

###

Date: October 13, 2023

Wayne Johnson
United States Bankruptcy Judge