United States Bankruptcy Court

Central District of California

Scarth,
    Plaintiff

Turoci,
    Defendant

Adv. Proc. No. 23-01033-WJ

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Oct 13, 2023      Form ID: pdf031      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Brandon Iskander, Goe Forsythe & Hodges LLP, 17701 Cowan, Bldg D, Suite 210, Irvine, CA 92614-6840 |
| pla | + | Jared Hunter Scarth, 31222 Mangrove Dr, Riverside, CA 92592-4176 |
| dft | + | Prominence Capital Partners, LLC, c/o Brandon J. Iskander, Goe Forsythe & Hodges LLP, 17701 Cowan, Ste 210, Bldg D, Irvine, CA 92614-6840 |
| intp | + | Robert P Goe, Goe Forsythe & Hodges LLP, 17701 Cowan Street, Suite 210, Irvine, CA 92614-6840 |
| dft | + | Todd Turoci, The Turoci Firm, 3845 10th Street, Riverside, CA 92501-3519 |
| dft | + | Western Star Financial, Inc., c/o Todd Turoci, Agt for Svc of Process, 3845 10th Street, Riverside, CA 92501-3519 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/Text: Chris@pro-capllc.com | Oct 14 2023 00:47:00 | Christopher J Turoci, 974 Sandstone Drive, Glendora, CA 91740-5392 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: pdf031 | Total Noticed: 7 |

|  |  |
|---|---|
|  | on behalf of Plaintiff Jared Hunter Scarth bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bradley A Patterson | on behalf of Defendant Todd Turoci bapatterson@lgilaw.com |
| Bradley A Patterson | on behalf of Defendant Christopher J Turoci bapatterson@lgilaw.com |
| Bradley A Patterson | on behalf of Defendant Prominence Capital Partners LLC bapatterson@lgilaw.com |
| Brandon J Iskander | on behalf of Interested Party Brandon Iskander biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Robert P Goe | on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Todd L Turoci | on behalf of Defendant Todd Turoci mail@theturocifirm.com |
| Todd L Turoci | on behalf of Defendant Western Star Financial Inc. mail@theturocifirm.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 10

Case 6:23-ap-01033-WJ    Doc 38    Filed 10/15/23    Entered 10/15/23 21:14:07    Desc
Imaged Certificate of Notice    Page 2 of 4

THE TUROCI FIRM
Todd Turoci (State Bar No. 160059)
3845 Tenth Street
Riverside, CA 92501
Telephone: 888-332-8362
Facsimile: 866-762-0618
Email: mail@theturocifirm.com

Attorney for Defendants Todd Turoci and
Western Star Financial, Inc.

**FILED & ENTERED**

**OCT 13 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:23-bk-12742-WJ |
| JARED HUNTER SCARTH | CHAPTER 13 |
| Debtor. | Adv. No. 6:23-ap-01033-WJ |
| JARED H. SCARTH,<br><br>Plaintiff,<br><br>v.<br><br>TODD L. TUROCI, CHRISTOPHER J. TUROCI, WESTERN STAR FINANCIAL, INC., PROMINENCE CAPITAL PARTNERS, LLC, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | **SCHEDULING ORDER** |

1

A status conference and two related hearings in this adversary proceeding are scheduled for October 23, 2023 at 1:30 p.m. In addition, several defendants have filed a motion to dismiss the complaint and scheduled the hearing for November 9, 2023 at 1:30 p.m. These developments prompted several parties to file a motion [docket #36] suggesting that all four matters should occur on the same date and time and the Court concurs.

However, the Court has recently scheduled an all-day trial for November 9th in an entirely unrelated adversary proceeding.

Therefore, good cause appearing, the Court hereby ORDERS as follows:

1. The status conference and two related hearings currently set for October 23, 2023 at 1:30 p.m. are hereby continued to November 16, 2023 at 1:30 p.m.

2. The hearing regarding the pending motion to dismiss [docket #32] is hereby continued from November 9, 2023 at 1:30 p.m. to November 16, 2023 at 1:30 p.m.

IT IS SO ORDERED.

###

Date: October 13, 2023

Wayne Johnson
United States Bankruptcy Judge

2