# United States Bankruptcy Court
# Central District of California
## Riverside
## Wayne Johnson, Presiding
## Courtroom 304 Calendar

**Thursday, November 9, 2023**　　　　　　　　　　　　　　　　　　　　　**Hearing Room 304**

<u>1:30 PM</u>
**6:23-10960**　**Jared Hunter Scarth**　　　　　　　　　　　　　　　　　　　**Chapter 13**
Adv#: 6:23-01033　　Scarth v. Turoci et al

　　#5.00　Hrg re motion of specially appearing defendants Christopher J. Turoci and Prominence Capital Partners, LLC to dismiss the complaint in this adversary action for failure to timely effect service of process

　　　　　　　　　　　　　Docket　　32
　　　\*\*\* VACATED \*\*\*　REASON: SCHEDULING ORDER ENTERED 10-13-23; CONT'D TO 11-16-23 AT 1:30 P.M.

**Matter Notes:**
　- NONE LISTED -

**Tentative Ruling:**
　- NONE LISTED -

### Party Information

**Debtor(s):**

　Jared Hunter Scarth　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Defendant(s):**

　Todd Turoci　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　Bradley A Patterson
　　　　　　　　　　　　　　　　　　　　　　Todd L Turoci

　Christopher J Turoci　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　Bradley A Patterson

　Western Star Financial, Inc.　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　Todd L Turoci

　Prominence Capital Partners, LLC　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　Bradley A Patterson

**Plaintiff(s):**

　Jared Hunter Scarth　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　Benjamin Heston

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, November 9, 2023**                                                                 Hearing Room    304

<u>1:30 PM</u>
**CONT...**    **Jared Hunter Scarth**                                                                 Chapter 13
  <u>Trustee(s):</u>

   Rod Danielson (TR)                    Pro Se