FILED & ENTERED

NOV 09 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>                      Debtor. | Case No.: 6:23-bk-10960-WJ<br><br>CHAPTER 13<br><br>Adv. Proc. No. 6:23-ap-01033-WJ |
| JARED HUNTER SCARTH,<br><br>                      Plaintiff.<br><br>        v.<br><br>TODD TUROCI,<br>CHRISTOPHER J. TUROCI,<br>WESTERN STAR FINANCIAL, INC.,<br>PROMINENCE CAPITAL PARTNERS,<br>LLC,<br><br>                      Defendants. | **DISMISSAL ORDER**<br><br>Hearing:<br>Date:   November 16, 2023<br>Time:   1:30 p.m.<br>Crtrm.: 304 |

A hearing is currently scheduled in this adversary proceeding for November 16, 2023 at 1:30 p.m. regarding the motion of the defendants to dismiss this adversary proceeding [docket #32].  No one has filed opposition to the motion and the deadline to do so has passed. Having reviewed the case and the motion, the Court hereby finds that no oral argument is necessary and, pursuant to Rule 9013-1(j)(3) of the Local Bankruptcy Rules, the Court hereby takes off calendar the hearing and waives appearances.  No hearing shall occur.

For the reasons set forth in the motion, the Court hereby ORDERS as follows:

1.  The motion is granted.  This adversary proceeding is hereby dismissed.

IT IS SO ORDERED.

### 

Date: November 9, 2023

Wayne Johnson
United States Bankruptcy Judge