United States Bankruptcy Court

Central District of California

Scarth,

    Plaintiff

Adv. Proc. No. 23-01033-WJ

Turoci,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: pdf031 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Brandon Iskander, Goe Forsythe & Hodges LLP, 17701 Cowan, Bldg D, Suite 210, Irvine, CA 92614-6840 |
| pla | + | Jared Hunter Scarth, 31222 Mangrove Dr, Riverside, CA 92592-4176 |
| dft | + | Prominence Capital Partners, LLC, c/o Brandon J. Iskander, Goe Forsythe & Hodges LLP, 17701 Cowan, Ste 210, Bldg D, Irvine, CA 92614-6840 |
| intp | + | Robert P Goe, Goe Forsythe & Hodges LLP, 17701 Cowan Street, Suite 210, Irvine, CA 92614-6840 |
| dft | + | Todd Turoci, The Turoci Firm, 3845 10th Street, Riverside, CA 92501-3519 |
| dft | + | Western Star Financial, Inc., c/o Todd Turoci, Agt for Svc of Process, 3845 10th Street, Riverside, CA 92501-3519 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: Chris@pro-capllc.com | Nov 10 2023 01:17:00 | Christopher J Turoci, 974 Sandstone Drive, Glendora, CA 91740-5392 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | |

|  |  |
|---|---|
| | on behalf of Plaintiff Jared Hunter Scarth bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bradley A Patterson | on behalf of Defendant Todd Turoci bapatterson@lgilaw.com |
| Bradley A Patterson | on behalf of Defendant Christopher J Turoci bapatterson@lgilaw.com |
| Bradley A Patterson | on behalf of Defendant Prominence Capital Partners  LLC bapatterson@lgilaw.com |
| Brandon J Iskander | on behalf of Interested Party Brandon Iskander biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Robert P Goe | on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Todd L Turoci | on behalf of Defendant Todd Turoci mail@theturocifirm.com |
| Todd L Turoci | on behalf of Defendant Western Star Financial  Inc. mail@theturocifirm.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 10

FILED & ENTERED

NOV 09 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JARED HUNTER SCARTH,<br><br>                       Debtor. | Case No.: 6:23-bk-10960-WJ<br><br>CHAPTER 13<br><br>Adv. Proc. No. 6:23-ap-01033-WJ |
| JARED HUNTER SCARTH,<br><br>                       Plaintiff.<br><br>                v.<br><br>TODD TUROCI,<br>CHRISTOPHER J. TUROCI,<br>WESTERN STAR FINANCIAL, INC.,<br>PROMINENCE CAPITAL PARTNERS,<br>LLC,<br><br>                     Defendants. | **DISMISSAL ORDER**<br><br><u>Hearing</u>:<br>Date:   November 16, 2023<br>Time:  1:30 p.m.<br>Crtrm.:304 |

- 1 -

1       A hearing is currently scheduled in this adversary proceeding for November 16, 2023 at

2    1:30 p.m. regarding the motion of the defendants to dismiss this adversary proceeding

3    [docket #32].  No one has filed opposition to the motion and the deadline to do so has passed.

4    Having reviewed the case and the motion, the Court hereby finds that no oral argument is

5    necessary and, pursuant to Rule 9013-1(j)(3) of the Local Bankruptcy Rules, the Court hereby

6    takes off calendar the hearing and waives appearances.  No hearing shall occur.

7       For the reasons set forth in the motion, the Court hereby ORDERS as follows:

8     1.  The motion is granted.  This adversary proceeding is hereby dismissed.

9    IT IS SO ORDERED.

10                    ###

24    Date: November 9, 2023

25                       Wayne Johnson
                          United States Bankruptcy Judge