# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, November 16, 2023**  **Hearing Room  304**

**1:30 PM**
**6:23-10960   Jared Hunter Scarth**  **Chapter 13**
Adv#: 6:23-01033   Scarth v. Turoci et al

#5.00   Hrg re order to show cause regarding why this adversary proceeding should not be dismissed

FROM: 8-24-23, 9-21-23, 10-5-23, 10-23-23

Docket    0
\*\*\* VACATED \*\*\*   REASON: ADVERSARY DISMISSED 11-9-23

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Jared Hunter Scarth   Represented By
                      Benjamin Heston

**Defendant(s):**

Todd Turoci   Represented By
              Bradley A Patterson

Christopher J Turoci   Represented By
                       Bradley A Patterson

Western Star Financial, Inc.   Pro Se

Prominence Capital Partners, LLC   Represented By
                                   Bradley A Patterson

**Plaintiff(s):**

Jared Hunter Scarth   Pro Se

**Trustee(s):**

Rod Danielson (TR)   Pro Se

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, November 16, 2023**      **Hearing Room 304**

---

**1:30 PM**
**CONT...**     Jared Hunter Scarth                      Chapter 13