# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, November 16, 2023**      Hearing Room    **304**

---

<u>1:30 PM</u>
**6:23-10960**    **Jared Hunter Scarth**                                        **Chapter 13**
Adv#: 6:23-01033     Scarth v. Turoci et al

     **#6.00**    Hrg re order to show cause regarding why the answer of the defendants should not be stricken and judgment entered in favor of the plaintiff

                FROM: 10-5-23, 10-23-23

                                    Docket      0
                  **\*\*\* VACATED \*\*\*    REASON: ADVERSARY DISMISSED 11-9-23**

**Matter Notes:**

     - NONE LISTED -

**Tentative Ruling:**

     - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

| | |
|---|---|
| Jared Hunter Scarth | Represented By<br>Benjamin Heston |

**Defendant(s):**

| | |
|---|---|
| Todd Turoci | Represented By<br>Bradley A Patterson<br>Todd L Turoci |
| Christopher J Turoci | Represented By<br>Bradley A Patterson |
| Western Star Financial, Inc. | Represented By<br>Todd L Turoci |
| Prominence Capital Partners, LLC | Represented By<br>Bradley A Patterson |

**Plaintiff(s):**

| | |
|---|---|
| Jared Hunter Scarth | Represented By<br>Benjamin Heston |

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, November 16, 2023**　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room　304**

1:30 PM
**CONT...　　Jared Hunter Scarth**　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

**Trustee(s):**

　　Rod Danielson (TR)　　　　　　　　　　Pro Se