# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Thursday, November 16, 2023**  **Hearing Room** **304**

<u>1:30 PM</u>
**6:23-10960    Jared Hunter Scarth**  **Chapter 13**
Adv#: 6:23-01033    Scarth v. Turoci et al

**#7.00**    Status conference re: Complaint notice of removal of civil action from state court

FROM: S/C 7-13-23, 8-24-23, 9-21-23, 10-5-23, 10-23-23

Docket    1
*** VACATED ***    REASON: ADVERSARY DISMISSED 11-9-23

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Jared Hunter Scarth    Represented By
                        Benjamin Heston

**Defendant(s):**

Todd Turoci    Pro Se

Christopher J Turoci    Pro Se

Western Star Financial, Inc.    Pro Se

Prominence Capital Partners, LLC    Pro Se

**Plaintiff(s):**

Jared Hunter Scarth    Pro Se

**Trustee(s):**

Rod Danielson (TR)    Pro Se