# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, November 16, 2023**        Hearing Room    304

---

**1:30 PM**
**6:23-10960   Jared Hunter Scarth**        Chapter 13
Adv#: 6:23-01033   Scarth v. Turoci et al

**#8.00**   Hrg re motion of specially appearing defendants Christopher J. Turoci and Prominence Capital Partners, LLC to dismiss the complaint in this adversary action for failure to timely effect service of process

FROM: 11-9-23

Docket   32
*** VACATED ***   REASON: ADVERSARY DISMISSED 11-9-23

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Jared Hunter Scarth        Represented By
       Benjamin Heston

**Defendant(s):**

Todd Turoci        Represented By
       Bradley A Patterson
       Todd L Turoci

Christopher J Turoci        Represented By
       Bradley A Patterson

Western Star Financial, Inc.        Represented By
       Todd L Turoci

Prominence Capital Partners, LLC        Represented By
       Bradley A Patterson

**Plaintiff(s):**

Jared Hunter Scarth        Represented By

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, November 16, 2023**      **Hearing Room**    **304**

---

**1:30 PM**
**CONT...**    **Jared Hunter Scarth**                                   **Chapter 13**

                                          Benjamin Heston

**Trustee(s):**

     Rod Danielson (TR)                      Pro Se