# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, November 16, 2023**   Hearing Room   **304**

**1:30 PM**
**6:23-10960    Jared Hunter Scarth**   Chapter 13
Adv#: 6:23-01033    Scarth v. Turoci et al

**#6.00**   Hrg re order to show cause regarding why the answer of the defendants should not be stricken and judgment entered in favor of the plaintiff

FROM: 10-5-23, 10-23-23

Docket    0
*** VACATED ***    REASON: ADVERSARY DISMISSED 11-9-23

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Jared Hunter Scarth    Represented By
    Benjamin Heston

**Defendant(s):**

Todd Turoci    Represented By
    Bradley A Patterson
    Todd L Turoci

Christopher J Turoci    Represented By
    Bradley A Patterson

Western Star Financial, Inc.    Represented By
    Todd L Turoci

Prominence Capital Partners, LLC    Represented By
    Bradley A Patterson

**Plaintiff(s):**

Jared Hunter Scarth    Represented By
    Benjamin Heston

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| Thursday, November 16, 2023 | Hearing Room 304 |
|---|---|

**1:30 PM**
**CONT...    Jared Hunter Scarth**                                      Chapter 13

**Trustee(s):**

    Rod Danielson (TR)                    Pro Se