# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Thursday, November 16, 2023**  **Hearing Room  304**

<u>1:30 PM</u>
**6:23-10960   Jared Hunter Scarth**  **Chapter 13**
Adv#: 6:23-01033   Scarth v. Turoci et al

**#7.00**   Status conference re: Complaint notice of removal of civil action from state court

FROM: S/C 7-13-23, 8-24-23, 9-21-23, 10-5-23, 10-23-23

Docket   1
\*\*\* VACATED \*\*\*   REASON: ADVERSARY DISMISSED 11-9-23

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

### Party Information

**Debtor(s):**

| | |
|---|---|
| Jared Hunter Scarth | Represented By<br>Benjamin Heston |

**Defendant(s):**

| | |
|---|---|
| Todd Turoci | Pro Se |
| Christopher J Turoci | Pro Se |
| Western Star Financial, Inc. | Pro Se |
| Prominence Capital Partners, LLC | Pro Se |

**Plaintiff(s):**

| | |
|---|---|
| Jared Hunter Scarth | Pro Se |

**Trustee(s):**

| | |
|---|---|
| Rod Danielson (TR) | Pro Se |